**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re:  RANDY C. SCHWOEBLE, | § | Case No. 09-17331 |
| | § | |
| | § | |
| Debtor(s) | § | |

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on 06/24/10 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  05/12/2010                            By:   /s/  Richard M. Fogel
                                                                            Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 1}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 4                   Date Rcvd: May 13, 2010
Case: 09-17331                Form ID: pdf006              Total Noticed: 197


The following entities were noticed by first class mail on May 15, 2010.
db           +Randy C Schwoeble,    70 Horseshoe Lane,    Lemont, IL 60439-9118
aty          +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,    Chicago, IL 60603-1507
aty          +John K. Kneafsey,    Nisen & Elliott LLC,    200 West Adams Street,    #2500,
               Chicago, IL 60606-5283
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
13910019     +A and S STEEL SPECIATIES INC,    1001 CLINTON ST.,    P. O. BOX 97,    LOCKPORT, IL 60441-0097
13910020     +ADELPHI CAPITAL LLC,    1054 31ST STREET NW,    SUITE 316,    WASHINGTON, DC 20007-6043
13910021     +ADT SECURITY SERVICES,    1151 SOUTHPOINT CIRCLE,    SUITE E,    VALPARAISO, IN 46385-6238
13910022     +ADVANCED TRAILER SALES and SERVICES,    GUY MIKESELL,    2101 E. CHARTER WAY,
               STOCKTON, CA 95205-7017
13910023     +AEROPURE WATER,    4203 CORONADO AVE.,    SUITE 2,    STOCKTON, CA 95204-2326
14488379     +AFM Properties,    c/o A F Moore and Associates Inc,    8908 S Harlem,    Bridgeview, IL 60455-1909
13910024     +AJAX WASTE SERVICES,    P. O. BOX 2102,    JOLIET, IL 60434-2102
13910025     +ALBERT MOORE JR dba AFM PROP,    C/O JACK B. DAVENPORT,    7667 W. 95TH STREET,
               HICKORY HILLS, IL 60457-2271
13910026     +ALLEGIANCE TELECOM INC,    9101 N. CENTRAL EXPRESSWAY,    BOX 100,    DALLAS, TX 75231-5927
13910027     +AMEREN UE,    P. O. BOX 66886,    ST. LOUIS, MO 63166-6886
13910028     +AMERICAN INDUSTRIAL,    2221 WEST OAKDALE AVENUE,    CHICAGO, IL 60618-8001
13910029     +ANCRA INTERNATIONAL,    4880 W. ROSE CRANS,    HAWTHRONE, CA 90250-6614
13910030      AT&T,    P. O. BOX 9001310,    LOUISVILLE, KY 40290-1310
13910031      AURORA PARTS and ACCESSORIES LLC,    P. O. BOX 90399,    CHICAGO, IL 60696-0399
13910032     +AUTOMOBILE MECHANICS,    500 WEST PLAINFIELD ROAD,    COUNTRYSIDE, IL 60525-3582
13910034      AVAYA,    P. O. BOX 73061,    CHICAGO, IL 60673-3061
13910033    +++AVAYA  INC,    c/o RMS Bankruptcy Recovery Services,    P O BOX 5126,
               Timonium, Maryland 21094-5126
13910035      BAY CITY LEASING LLC,    P. O. BOX 74699,    CHICAGO, IL 60675-4699
13910036      BAY TREE FINANCE COMPANY,    9 MARKET SQUARE COURT,    POB 230,    LAKE FOREST, IL 60045-0230
13910038     +BETTES LEGS INC,    892 COUNTRY CLUB LN.,    WATERLOO, IL 62298-3218
13910039      BLUECROSS BLUESHIELD OF ILLINOIS,    HEALTHCARE SERVICE CORPORATION,    P. O. BOX 1186,
               CHICAGO, IL 60690-1186
13910040      BUFFERS USA, INC.,    ATTN: BOB BUSBOOM,    P. O. BOX 351581,    JACKSONVILLE, FL 32235-1581
13910041     +CAL LABOR LAW POSTER SERV,    422 ELMWOOD DR.,    #14,    LANSING, MI 48917-2698
13910042      CANON,    P. O. BOX 514637,    LOS ANGELES, CA 90051-4637
13910043     +CARDLOCK FUELS,    P. O. BOX 14014,    ORANGE, CA 92863-1414
13910044     +CHICAGO BANDAG INC,    425 FENTON LANE,    WEST CHICAGO, IL 60185-2676
13910045     +CHICAGO DEPT. OF REVENUE,    121 N. LASALLE, RM. 107,    CHICAGO, IL 60602-1232
13910046     +CHICAGO TIRE,    16001 S. VAN DRUNEN RD.,    SOUTH HOLLAND, IL 60473-1283
13910047     +CHICAGOLAND TRUCK PARTS,    4657 W. 47TH ST.,    CHICAGO, IL 60632-4847
13910048      CINTAS CORPORATION - 300,    ATTN: LAURA,    P. O. BOX #5,    BEDFORD PARK, IL 60499-0005
13910051     +CINTAS CORPORATION - 300,    ATTN: LAURA,    1877 INDUSTRIAL DRIVE,    STOCKTON, CA 95206-4975
13910050     +CINTAS CORPORATION - 300,    ATTN: LAURA,    6200 OLIVE BLVD.,    UNIVERSITY CITY, MO 63130-3388
13910052     +CITY INTERNATIONAL TRUCK INC,    4655 S. CENTRAL AVE.,    CHICAGO, IL 60638-1599
13910054      CITY OF CHICAGO DEPT. REVENUE,    P. O. BOX 88298,    CHICAGO, IL 60680-1298
13910055     +CLUTCH & BRAKE XCHANGE,    P. O. BOX 8401,    STOCKTON, CA 95208-0401
13910056     +CMF SERVICE, INC.,    10301 S. TRIPP AVE.,    OAK LAWN ,IL 60453-4851
13910057     +COX, HODGMAN & GIARMARCO PC,    101 WEST BIG BEAVER RD.,    10TH FLOOR COLUMBIA CENTER,
               TROY, MI 48084-5253
13910058     +CROSSTOWN,    5212 S. ARCHER AVE.,    CHICAGO, IL 60632-4702
13910060      CUSTOM GLOBAL LOGISTICS,    JIMMY BACOYANIS,    36968 EAGLE WAY,    CHICAGO, IL 60678-1369
13910061      CUSTOM TRANSPORT, INC.,    ROB CATANESE,    P. O. BOX 94338,    CHICAGO, IL 60678-4338
13910062     +DAMERON HOSPITAL,    525 WEST ACACIA STREET,    STOCKTON, CA 95203-2484
13910063      DAVID RAMSEY/RAMSEY EXPRESS,    ROUGH & READY ISLAND,    BLDG. 618,    STOCKTON, CA 95203
13910064      DELTA DENTAL,    CLIENT SERVICES-SOUTH,    P. O. BOX 44460,    SAN FRANCISCO, CA 94144-0460
13910065     +DELTA MARK,    JOERN SCHEMY,    11 SHOSHONI WAY,    BRANCHBURG, NJ 08876-5432
13910066     +DELTA PROTECTIVE SERVICES,    709 N. CENTER ST.,    SUITE J,    STOCKTON, CA 95202-1641
13910067     +DES PLAINES OFFICE EQUIPMENT,    1020 BONAVENTURE DRIVE,    ELK GROVE VILLAGE IL 60007-3200
13910068      DISTINCTIVE BUSINESS PRODUCTS, INC.,    P. O. BOX 5940,    LOCKBOX #:20-COE 001,
               CAROL STREAM, IL 60197-5940
13910069      DOUGLAS TRUCK PARTS,    1640 SOUTH STATE STREET,    CHICAGO, IL 60616-1214
13910070      EAST PENN,    2427 BRAGA DRIVE,    BROADVIEW, IL 60155-3941
13910071     +ENDODONTIC & PERIODONTIC ASSOC.,    14640 S. JOHN HUMPHREY DR.,    SUITE 203,
               ORLAND PARK, IL 60462-5852
13910072     +ERKERT BROS.,    8327 SOUTH CHICAGO AVENUE,    CHICAGO, IL 60617-1898
14597827     +Ernest Everett,    200 Maple Hill Lane,    Columbia, IL 62236-3203
13910073      FASTENAL,    P. O. BOX 978,    WINONA, MN 55987-0978
13910074     +FEDEX FREIGHT EAST,    4103 COLLECTION CENTER DRIVE,    CHICAGO, IL 60693-0001
13910075     +FLEET ENGINEERS,    JEFF ROUSEY,    1800 E. KEATING AVE.,    MUSKEGON, MI 49442-6121
13910076      FLEET PRIDE,    P. O. BOX 847118,    DALLAS, TX 75284-7118
13910077      FLEETCOR TECHNOLOGIES,    P. O. BOX 11407,    BIRMINGHAM, AL 35246-0980
13910078     +FOREST VIEW PROPERTIES,LLC,    MALET REALTY,LTD.,    900 WEST JACKSON BLVD.,
               CHICAGO, IL 60607-3024
13910079     +FREEWAY FORD,    8445 WEST 45TH ST.,    LYONS, IL 60534-1733
13910080     +GALLO EQUIPMENT,    11835 S. AVENUE O,    CHICAGO, IL 60617-7391
13910081     +GLOBETECH,    2700 NEEDMORE ROAD,    DAYTON, OH 45414-4208
13910082     +GOLDEN EAGLE SPOTTING,    P. O. BOX 931,    HANNIBAL, MO 63401-0931
13910083     +GORDON BROS.,    1340 W. 43RD ST.,    CHICAGO, IL 60609-3308
13910084     +GRAINGER INDUSTRIAL SUPPLY,    6450 S. AUSTIN,    CHICAGO, IL 60638-5394
13910085     +GRAPHICS 2000, INC.,    ATTN: JOHN HILL,    210 WEST 22ND STREET, #126,    OAK BROOK, IL 60523-4055
13910086     +HARBOR AMERICA BROKERAGE LTD.,    16017 NORTH FLORIDA AVE.,    SUITE 107,    LUTZ, FL 33549-8137
13910088     +HARBOR AMERICA BROKERAGE LTD.,    C/O DONALD V. JERNBERG,    905 N. CARLYLE LN.,
               ARLINGTON HEIGHTS, IL 60004-5764
```

```
District/off: 0752-1          User: mgonzalez             Page 2 of 4                   Date Rcvd: May 13, 2010
Case: 09-17331                Form ID: pdf006             Total Noticed: 197

13910089     +HARTNEY FUEL OIL, INC.,    C/O MARK J. ROSE, ESQ,    200 W. ADAMS STREET, #2850,
               CHICAGO, IL 60606-5206
13910090     +HD DISTRIBUTION COMPANY,    2600 INDUSTRIAL BLVD.,    WEST SACRAMENTO, CA 95691-3825
13910091     +HOLLAND & KNIGHT,    131 SOUTH DEARBORN ST.,    30TH FLOOR,    CHICAGO, IL 60603-5517
13910093     +HOME DEPOT - CA,     P. O. BOX 6029,    THE LAKES, NV 88901-6029
13910094     +HORIZON DISTRIBUTORS,INC,    1890 CHRYSLER DRIVE,    BELVIDERE, IL 61008-6027
13910095     +HUCK, BOUMA, ET AL.,    1755 S. NAPERVILLE ROAD,    SUITE 200,    WHEATON, IL 60189-5844
13910096      ICE MOUNTAIN,    WATER PROCESSING CENTER,    P. O. BOX 52214,    PHOENIX, AZ 85072-2214
13910097     +IDEALEASE OF STOCKTON, INC.,    P. O. BOX 6579,    STOCKTON, CA 95206-0579
13910098      IKON OFFICE SOLUTIONS,    CENTRAL DISTRICT,    P. O. BOX 802566,    CHICAGO, IL 60680-2566
13910100      ILLIANA DISPOSAL AND RECYCLING,    P. O. BOX 848,    CROWN POINT, IN 46308-0848
13910101     +ILLINOIS AMERICAN WATER,    P. O. BOX 2569,    DECATUR, IL 62525
13910103      ILLINOIS DEPT. OF REVENUE,    LIEN UNIT - Tax Lien # 1340356,    P. O. BOX 19035,
               SPRINGFIELD, IL 62794-9035
13910102      ILLINOIS DEPT. OF REVENUE,    RETAILERS OCCUPATION TAX,    SPRINGFIELD, IL 62796-0001
13910104      INITIAL SECURITY,    P. O. BOX 4653,    OAK BROOK, IL 60522-4653
13910105     +INTERSTATE BATTERY OF CHICAGO,    16220 CRAWFORD,    TINLEY PARK, IL 60478-2054
13910106      IOS CAPITAL,    P. O. BOX 650016,    DALLAS, TX 75265-0016
14621459      Illinois Department of Revenue,    Bankruptcy Section,     P.O. Box 64338,
               Chicago, Illinois 60664-0338
13910108      JAMES FIALA,    C/O TRESSLOR, SODERSTROM, MALONEY,     233 S. WACKER DR., 22ND FLOOR,
               CHICAGO, IL 60606-6399
13910109     +JANI KING OF ILLINOIS INC.,    1701 E. WOODFIELD RD.,     #1100,    SCHAUMBURG, IL 60173-5156
13910110      JIFFY LUBE,    AFMS P. O. BOX 1610,    ELLICOTT CITY, MD 21041-1610
13910111     +JOHNSON ELECTRIC,    405 W. MANILA RD.,    LATHROP, CA 95330-9380
13910112     +JORDAN PROMOTIONS,    16520 CHURCHVIEW DR.,    ORLAND PARK, IL 60467-5550
13910113      KAISER FOUNDATION HEALTH PLAN,    P. O. BOX 60000,    SAN FRANCISCO, CA 94160-3030
13910114      KRAGEN AUTO PARTS/CSK AUTO,    75 REMITTANCE DRIVE,    SUITE 1571,    CHICAGO, IL 60675-1571
13910115     +KUSPER & RAUCCI,    30 N. LASALLE STREET,    SUITE 2400,    CHICAGO, IL 60602-3335
13910116     +KWIK LOC COMPANY,    ROD HILTON,    7340 DORR ST.,    TOLEDO, OH 43615-4112
13910117      L.A. FASTENERS,    P. O. BOX 1048,    ST. CHARLES, IL 60174-7048
13910118     +LESCO DESIGN & MANUFACTURING,    SECTION 311,    LOUISVILLE, KY 40289-0001
13910119     +LIBERTY SALES AND LEASING, LLC,    3111 WEST 167TH STREET,    HAZEL CREST, IL 60429-1025
13910120     +LTT TRAILERS, INC.,    LUPEP’S TANK & TRAILER,    P. O. BOX 1400,    CERES, CA 95307-1400
13910121      MACNEAL OCC. HEALTH SERV.,    135 S. LASALLE,    DEPT 2393,    CHICAGO, IL 60674-2393
13910123      MACNEAL OCC. HEALTH SERV.,    135 S. LASALLE ST.,    DEPT. 2393,    CHICAGO, IL 60674-2393
13910122      MACNEAL OCCUPATIONAL HEALTH,    135 S. LASALLE ST.,    DEPT. 2393,    CHICAGO, IL 60674-2393
13910124     +MANDAL TRUCK & TRAILER,    P. O. BOX 116,    LATHROP CA 95330-0116
13910125     +MANUS PRODUCTS, INC.,    BRIAN HENJUM - TECH. SALES,    866 INDUSTRIAL BLVD. WEST,
               WACONIA, MN 55387-1045
13910126      MCGRIFF INTERMODAL,    ATTN: NELL,    P. O. BOX 1148,    CULLMAN, AL 35056-1148
13910128      MCLEOD USA,    P. O. BOX 3243,    MILWAUKEE, WI 53201-3243
13910129     +METLIFE,    P. O. BOX 804466,    KANSAS CITY, MO 64180-4466
13910130     +METRO WATER RECLAMATION,    TREASURER’S OFFICE,    100 E. ERIE STREET,    CHICAGO, IL 60611-2829
13910131     +MICHAEL & MARIBETH SLEEPECK,    1602 BURR RIDGE CLUB DRIVE,    BURR RIDGE, IL 60527-5259
13910132     +MICHAEL CERNAUSKE,    143 AVON ROAD,    ELMHURST, IL 60126-2924
13910133     +MIDWAY MATERIAL HANDLING,    CHICAGOLAND MATERIAL HANDLING,     P. O. BOX 2091,
               AURORA, IL 60507-2091
13910134     +MIDWEST TRAILER REPAIR, INC,    1900 W. 43RD STREET,    CHICAGO, IL 60609-3115
13910135      MIJENNICK INC.,    P. O. BOX 301,    LOCKPORT, IL 60441-0301
13910136     +MISSOURI GREAT DANE,    404 S. COOL SPRINGS ROAD,    P. O. BOX 246,    O’FALLON, MO 63366-0246
13910137     +NAPA AUTO PARTS,    910 EAST WEBER,    STOCKTON, CA 95202-3143
13910138      NATIONAL CITY,    HOME EQUITY LINE OF CREDIT,    P. O. BOX 856177,    LOUISVILLE, KY 40285-6177
13910139      NATIONAL WASTE SERVICES,    C/O AWI REMITTANCE PROCESSING,    P. O. BOX 9001154,
               LOUISVILLE, KY 40290-1154
13910140     +NETWORK SALES, INC.,    A. DALE MOCABEE,    1160 CLOCK TOWER PLAZA #313,
               WASHINGTON, MO 63090-5333
13910141     +NEW LIFE TRANSPORT,    P. O. BOX 9426,    GRAND RAPIDS, MI 49509-0426
13910142     +NEWPORT-WEST DATA SERVICES, INC.,     2092 OMEGA RD.,    SUITE J,    SAN RAMON, CA 94583-1230
13910143      NEXTEL,    P. O. BOX 54977,    LOS ANGELES, CA 90054-0977
13910146      NISOURCE COMPANY,    P. O. BOX 13007,    MERRILLVILLE, IN 46411-3007
13910147      NORFOLK SOUTHERN,    110 FRANKLIN ROAD,    ROANOKE, VA 24042-0044
13910150     +O’NEIL LUMBER,    104 ST. CLAIR AVENUE,    EAST ST LOUIS, IL 62201-1432
13910148      OFFICE DEPOT,    P. O. BOX 9020,    DES MOINES, IA 50368-9020
13910149      OFFICE MAX,    FILE 42256,    LOS ANGELES, CA 90074-2256
13910151      OSCO INCORPORATED,    P. O. BOX 70,    LEMONT, IL 60439-0070
13910152     +OVERDOORS OF ILLINOIS, INC.,     601 RIDGE ROAD,    HOMEWOOD, IL 60430-2015
13910153     +PACIFIC COAST RETREADERS,    ATTN: Mohsan Ansari,    333 HEGENBERGER,    SUITE 705,
               OAKLAND, CA 94621-1463
13910154      PHILLIPS INDUSTRIES, INC.,    COMMERCIAL VEHICLE PRODUCTS DIV.,    LOS ANGELES, CA 90084-8746
13910156     +PLAZA FLEET PARTS,    311 MARION STREET,    ST. LOUIS, MO 63104-3823
13910157      PRAXAIR,    DEPT. LA 21511,    PASADENA, CA 91185-1511
13910158      PRAXAIR DISTRIBUTION,    DEPT. CH 10660,    PALATINE, IL 60055-0660
13910159     +PURITAN SPRINGS,    1709 NORTH KICKAPOO,    LINCOLN, IL 62656-1399
13910162     +R & R MOBILE WASHING,    1323 ST. ZITA LANE,    CAHOKIA, IL 62206-2224
13910163     +RAMOS OIL COMPANY,    P. O. BOX 401,    WEST SACRAMENTO, CA 95691-0401
13910164     +RPM AUTOMOTIVE INC.,    10112 PACIFIC AVENUE,    FRANKLIN PARK, IL 60131-1624
14535815     +Ronald A Thomas,    #30 West Adams Dr,    Cahokia, IL 62206-3113
13910165      SAF-T-GARD,    135 S. LASALLE,    DEPT. 1545,    CHICAGO, IL 60674-1545
13910166      SAFETY-KLEEN CORP.,    P. O. BOX 382066,    PITTSBURGH, PA 15250-8066
13910168      SBC,    BILL PAYMENT CENTER,    CHICAGO, IL 60663-0001
13910169      SCOPELITIS, GARVIN, ET AL.,    10 WEST MARKET STREET,    SUITE 1500,    INDIANAPOLIS, IN 46204-2965
13910170     +SHERYL LEIPOLD, DDS, PC,    15927 SOUTH BELL ROAD,    HOMER GLEN, IL 60491-6707
13910171     +SIGNATURE GRAPHICS, INC.,    1000 SIGNATURE DRIVE,    PORTER, IN 46304-8936
```

```
District/off: 0752-1          User: mgonzalez              Page 3 of 4                   Date Rcvd: May 13, 2010
Case: 09-17331                Form ID: pdf006              Total Noticed: 197

13910172      SILVER EAGLE MANUFACTURING CO.,   P. O. BOX 6470,    PORTLAND, OR 97228-6470
13910174     +SOUTHWEST SPRING,   3863 WEST COLUMBUS AVE.,    CHICAGO, IL 60652-3794
13910173      ST. PAUL TRAVELERS,   CL & Specialty Remittance Cent.,    HARTFORD, CT 06183-1008
13910175     +STATE BOARD EQUALIZATION,   P. O. BOX 942808,    SACRAMENTO, CA 94208
13910176     +STERLING COMMERCE,   P. O. BOX 73199,   CHICAGO, IL 60673-7199
13910178     +STERLING TRUCK PARTS CO.,   5001 S. WESTERN,    CHICAGO, IL 60609-4747
13910179     +STOCKDALE INSURANCE AGENCY,   P. O. BOX 10269,    BAKERSFIELD, CA 93389-0269
13910180      STOCKTON SCAVENGER, INC.,   P. O. BOX 78251,    PHOENIX, AZ 85062-8251
13910181     +TANK TRAILER CLEANING, INC.,   1102 N. 1ST STREET,    EAST ST. LOUIS, IL 62201-1654
13910182     +TECHNICAL SERVICES,   1881 PAYSPHERE CIRCLE,    CHICAGO, IL 60674-0018
13910183      TELEPACIFIC COMMUNICATIONS,   P. O. BOX 526035,    SACRAMENTO, CA 95852-6035
13910184     +TERMINIX,   6322 OLD COLLINSVILLE ROAD,   FAIRVIEW HEIGHTS, IL 62208-2226
13910185     +TEXTRON FINANCIAL CORPORATION,   COMMERCIAL FINANCE DIVISION,    4949 S. W. MEADOWS RD., #500,
               LAKE OSWEGO, OR 97035-3161
13910187      THE PLUS GROUP,   35116 EAGLE WAY,   CHICAGO, IL 60678-1351
13910188     +THE WELDING CENTER,   ATTN: JIM,   7400 S. CENTRAL AVENUE,    BEDFORD PARK, IL 60638-6516
13910190     +THIEMAN TAILGATES INC.,   600 E. WAYNE ST.,    CELINA, OH 45822-1566
13910191     +THOMPSON'S GAS INC.,   1431 NORTH ILLINOIS ST.,    SWANSEA, IL 62226-4298
13910193     +TIRE MANAGEMENT,   ATTN: ERIN HOWORTH,   481 NE INDUSTRIAL DR.,    AURORA, IL 60505-9761
13910192     +TIRE MANAGEMENT INC.,   481 NE INDUSTRIAL DR.,    AURORA, IL 60505-9761
13910194     +TOO MANY SERVICES,   P. O. BOX 039,   NATIONAL STOCK YARDS, IL 62071-0039
13910195      TOOLS UNLIMITED,   1941 W. ALEXIS RD.,   P. O. BOX 5757,    TOLEDO, OH 43613-0757
13910196     +TOTAL FIRE & SAFETY, INC.,   GARY EPOLITO,    6808 HOBSON VALLEY DRIVE #105,
               WOODRIDGE, IL 60517-1449
13910197     +TPU,   RON DRWYER,   7800 WEST 60TH STREET,    SUMMIT, IL 60501-1556
13910198     +TRACK IN MOTION,   2803 EAST 208TH STREET,    CARSON, CA 90810-1102
13910199      TRACTOR TRAILER,   P. O. BOX 796024,   ST. LOUIS, MO 63179-6000
13910200     +TRANSPORT FINISHES, INC.,   1217 W. 171ST STREET,    EAST HAZEL CREST, IL 60429-1979
13910201     +TRANSPORT PUBLISHING COMP.,   500 W. CERMAK,    SUITE 318,   CHICAGO, IL 60616-1859
13910202      TRUDELL TRAILERS,   BOX 88899,   MILWAUKEE, WI 53288-0899
13910203      U. S. HEALTHWORKS MED GROUP PC,   P. O. BOX 79162,    CITY OF INDUSTRY, CA 91716-9162
13910204     +U. S. TRAILER PARTS AND SUPPLY,   4334 SO. TRIPP,    CHICAGO, IL 60632-4319
13910205     +UNI-BOND LIGHTING & SAFETY PRO.,   KRISTEN LUCKHURST,    1350 JARVIS,   FERNDALE, MI 48220-2011
13910206      UNITED PARCEL SERVICE,   LOCK BOX 577,   CAROL STREAM, IL 60132-0577
13910207     +UNIVERSAL UNDERWRITERS GROUP,   1880 PAYSPHERE CIRCLE,    CHICAGO, IL 60674-0018
13910208      VIKING OFFICE PRODUCTS,   P. O. BOX 30488,    LOS ANGELES, CA 90030-0488
13910209     +VINELAND CONSTRUCTION COMPANY,   71 WEST PARK AVENUE,    VINELAND, NJ 08360-3588
13910210      VISION SERVICE PLAN,   P. O. BOX 60000,   SAN FRANCISCO, CA 94160-3280
14650875     +Village of Stickney,   Kusper & Raucci,    30 N LaSalle Street Ste 2400,   Chicago, IL 60602-3335
13910211     +WALTCO TRUCK EQUIPMENT CO.,   MARK SERGEANT, PARTS MGR.,    285 NORTHEAST AVE.,
               TALLMADGE, OH 44278-1431
13910212      WASTE MANAGEMENT OF IL-METRO,   P. O. BOX 9001054,    LOUISVILLE, KY 40290-1054
13910214      WELLS FARGO CARD SERVICES,   PLATINUM VISA,    P. O. BOX 30086,   LOS ANGELES, CA 90030-0086
13910215      WELLS FARGO MORTGAGE,   P. O. BOX 6423,   CAROL STREAM, IL 60197-6423
13910216     +WHEELER TRAILER, INC.,   YARDS CONTAINER POOL DIV.,    4631 S. RACINE,   CHICAGO, IL 60609-3322
13910217     +WHITING DOOR MFG. CORP.,   LOWELL EVENS,    P. O. BOX 8000 DEPT. 725,   BUFFALO, NY 14267-0002
13910218     +WICHITA SOUTHEAST KANSAS TRANS.,   P. O. BOX 829,    PARSONS, KS 67357-0829
13910219     +WORD PROCESSING INDUSTRIES INC.,   4545 N. RAVENSWOOD AVE.,    CHICAGO, IL 60640-5289
14535773     +William M Volz,   3408 Oakwood Ave,   Alton, IL 62002-1965
13910220      XEROX CORPORATION,   P. O. BOX 802555,   CHICAGO, IL 60680-2555

The following entities were noticed by electronic transmission on May 13, 2010.
13910092     +E-mail/PDF: gecsedi@recoverycorp.com May 14 2010 01:59:36      HOME DEPOT,   P. O. BOX 9903,
               MACON, GA 31217-9903
13910128      E-mail/Text: bankruptcy@paetec.com                            MCLEOD USA,   P. O. BOX 3243,
               MILWAUKEE, WI 53201-3243
13910145      E-mail/Text: bankrup@nicor.com                                NICOR,   P. O. BOX 416,
               AURORA, IL 60568-0001
13910155     +E-mail/Text: bankruptcy@pb.com                                PITNEY BOWES, INC.,   P. O. BOX 856390,
               LOUISVILLE, KY 40285-6390
13910160      E-mail/Text: bklaw@qwest.com                                  QWEST,   BUSINESS SERVICES,
               P. O. BOX 856169,   LOUISVILLE, KY 40285-6169
13910202      E-mail/Text: averriden@trudelltrailers.com                    TRUDELL TRAILERS,   BOX 88899,
               MILWAUKEE, WI 53288-0899
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Alan D Lasko & Associates
aty           Shaw Gussis
aty*         +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
14926647*    +Avaya Inc,   c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
13910037*     BAY TREE FINANCE COMPANY,   9 MARKET SQUARE COURT,    POB 230,   LAKE FOREST, IL 60045-0230
13910049*    +CINTAS CORPORATION - 300,   ATTN: LAURA,   P. O. BOX #5,    BEDFORD PARK, IL 60499-0005
13910053*    +CITY INTERNATIONAL TRUCK, INC.,   4655 S. CENTRAL AVE.,    CHICAGO, IL 60638-1599
13910059*    +CROSSTOWN,   5212 S. ARCHER AVE.,   CHICAGO, IL 60632-4702
13910087*    +HARBOR AMERICA BROKERAGE LTD.,   16017 NORTH FLORIDA AVE.,    SUITE 107,   LUTZ, FL 33549-8137
13910099*     IKON OFFICE SOLUTIONS,   CENTRAL DISTRICT,    P. O. BOX 802566,   CHICAGO, IL 60680-2566
13910107*     IOS CAPITAL,   P. O. BOX 650016,   DALLAS, TX 75265-0016
13910127*     MCGRIFF INTERMODAL,   ATTN: NELL,   P. O. BOX 1148,    CULLMAN, AL 35056-1148
13910144*     NEXTEL,   P. O. BOX 54977,   LOS ANGELES, CA 90054-0977
13910161*     QWEST,   BUSINESS SERVICES,   P. O. BOX 856169,    LOUISVILLE, KY 40285-6169
13910167*     SAFETY-KLEEN CORP.,   P. O. BOX 382066,   PITTSBURGH, PA 15250-8066
```

```
District/off: 0752-1           User: mgonzalez              Page 4 of 4                 Date Rcvd: May 13, 2010
Case: 09-17331                 Form ID: pdf006              Total Noticed: 197

              ***** BYPASSED RECIPIENTS (continued) *****
13910177*     +STERLING COMMERCE,    P. O. BOX 73199,    CHICAGO, IL 60673-7199
13910186*     +TEXTRON FINANCIAL CORP.,    COMMERCIAL FINANCE DIVISION,    4949 S. W. MEADOWS ROAD, #500,
                LAKE OSWEGO, OR 97035-3161
13910189*     +THE WELDING CENTER,    ATTN: JIM,    7400 S. CENTRAL AVENUE,    BEDFORD PARK, IL 60638-6516
13910213*      WASTE MANAGEMENT OF IL-METRO,    P. O. BOX 9001054,    LOUISVILLE, KY 40290-1054
13910221*      XEROX CORPORATION,    P. O. BOX 802555,    CHICAGO, IL 60680-2555
                                                                                             TOTALS: 2, * 18
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2010**              **Signature:**    _Joseph Speetjens_