**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SCHWOEBLE, RANDY C § Case No. 09-17331
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $414,975.00 | Assets Exempt: $29,975.00 |
| Total Distribution to Claimants: $34,816.18 | Claims Discharged Without Payment: $375,415.11 |
| Total Expenses of Administration: $11,199.51 | |

3) Total gross receipts of $ 46,015.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $46,015.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $106,774.00 | $109,105.45 | $109,105.45 | $34,816.18 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,200.20 | 11,199.51 | 11,199.51 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,754.90 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 704,735.10 | 375,775.95 | 375,415.11 | 0.00 |
| **TOTAL DISBURSEMENTS** | $811,509.10 | $497,836.50 | $495,720.07 | $46,015.69 |

     4)  This case was originally filed under Chapter 7 on May 13, 2009.
.  The case was pending for 15 months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/02/2010                By:  /s/RICHARD M. FOGEL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Notes and Accounts Receivable | 1221-000 | 46,000.00 |
| Interest Income | 1270-000 | 15.69 |
| **TOTAL GROSS RECEIPTS** | | **$46,015.69** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 4210-000 | 106,774.00 | 109,105.45 | 109,105.45 | 34,816.18 |
| **TOTAL SECURED CLAIMS** | | **$106,774.00** | **$109,105.45** | **$109,105.45** | **$34,816.18** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 5,351.57 | 5,350.88 | 5,350.88 |
| RICHARD M. FOGEL | 2200-000 | N/A | 337.55 | 337.55 | 337.55 |
| SHAW GUSSIS FISHMAN GLANTZ | 3110-000 | N/A | 3,360.00 | 3,360.00 | 3,360.00 |
| SHAW GUSSIS FISHMAN GLANTZ | 3120-000 | N/A | 140.47 | 140.47 | 140.47 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 1,729.20 | 1,729.20 | 1,729.20 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | N/A | 9.95 | 9.95 | 9.95 |
| McGUIRES'S II, L.L.C. | 2500-000 | N/A | 232.00 | 232.00 | 232.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 39.46 | 39.46 | 39.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 11,200.20 | 11,199.51 | 11,199.51 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AVAYA INC | 5800-000 | 0.00 | 86.90 | 0.00 | 0.00 |
| William M Volz | 5300-000 | N/A | 828.00 | 0.00 | 0.00 |
| Ronald A Thomas | 5300-000 | N/A | 840.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 1,754.90 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AVAYA INC | 7100-000 | 206.00 | 360.84 | 360.84 | 0.00 |
| AFM Properties | 7100-000 | 39,466.40 | 133,384.36 | 133,384.36 | 0.00 |
| NEW LIFE TRANSPORT | 7100-000 | 3,550.00 | 4,863.79 | 4,863.79 | 0.00 |
| HARBOR AMERICA BROKERAGE LTD. | 7100-000 | 81,772.00 | 89,819.42 | 89,819.42 | 0.00 |
| MIDWEST TRAILER REPAIR, INC | 7100-000 | 7,952.00 | 7,710.00 | 7,710.00 | 0.00 |
| MICHAEL & MARIBETH SLEEPECK | 7100-000 | 200,000.00 | 66,666.00 | 66,666.00 | 0.00 |
| Ernest Everett | 7100-000 | N/A | 2,100.00 | 2,100.00 | 0.00 |
| Village of Stickney | 7100-000 | N/A | 21,000.00 | 21,000.00 | 0.00 |
| METRO WATER RECLAMATION | 7100-000 | 362,278.00 | 40,000.00 | 40,000.00 | 0.00 |
| Vineland Construction Co. | 7200-000 | 9,510.70 | 9,510.70 | 9,510.70 | 0.00 |
| AVAYA, INC. | 7100-000 | N/A | 360.84 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 704,735.10 | 375,775.95 | 375,415.11 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-17331  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** SCHWOEBLE, RANDY C  **Filed (f) or Converted (c):** 05/13/09 (f)
 **§341(a) Meeting Date:** 06/23/09
**Period Ending:** 08/02/10  **Claims Bar Date:** 12/28/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real Property- 70 Horseshoe Lane, Lemont (See Footnote) | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Interests in Insurance Policies (See Footnote) | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Autos, trucks, trailers, other vehicles, access. (See Footnote) | 475.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings (See Footnote) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel (See Footnote) | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Notes and Accounts Receivable (u) (See Footnote) | 0.00 | Unknown | | 46,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15.69 | FA |
| 7 | Assets Totals (Excluding unknown values) | **$414,975.00** | **$0.00** | | **$46,015.69** | **$0.00** |

RE PROP# 1  No equity
RE PROP# 2  Exempt asset
RE PROP# 3  Exempt asset
RE PROP# 4  Exempt asset
RE PROP# 5  Exempt asset
RE PROP# 6  Trustee investigated debtor's financial affairs and determined that debtor was payee on unscheduled promissory note for $180,000 payable in 2014. Sold at public auction sale per o/c 11-3-09.

**Major Activities Affecting Case Closing:**

Objections to claims set for hearing on 2-4-10

**Initial Projected Date Of Final Report (TFR):**  December 31, 2010   **Current Projected Date Of Final Report (TFR):**  May 12, 2010 (Actual)

Printed: 08/02/2010 08:05 AM    V.12.08

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-17331  
**Case Name:** SCHWOEBLE, RANDY C  

**Taxpayer ID #:** **-***0443  
**Period Ending:** 08/02/10  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/14/09 | {6} | MORGANFORD HOLDING LLC | Earnest money deposit for promissory note auction | 1221-000 | 1,800.00 | | 1,800.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,800.03 |
| 11/13/09 | {6} | MORGANFORD HOLDING LLC | Balance due on promissory note | 1221-000 | 44,200.00 | | 46,000.03 |
| 11/17/09 | | To Account #********3866 | Account Transfer | 9999-000 | | 232.00 | 45,768.03 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 45,768.94 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.92 | | 45,770.86 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.80 | | 45,772.66 |
| 02/10/10 | | To Account #********3866 | Account Transfer | 9999-000 | | 39.46 | 45,733.20 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.74 | | 45,734.94 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.05 | | 45,736.99 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.31 | | 45,737.30 |
| 04/06/10 | | Wire out to BNYM account 9200******3865 | Wire out to BNYM account 9200******3865 | 9999-000 | -45,737.30 | | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 271.46 | 271.46 | $0.00 |
| Less: Bank Transfers | -45,737.30 | 271.46 | |
| **Subtotal** | 46,008.76 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$46,008.76** | **$0.00** | |

{} Asset reference(s)      Printed: 08/02/2010 08:05 AM    V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-17331  **Trustee:** RICHARD M. FOGEL (330720)
**Case Name:** SCHWOEBLE, RANDY C  **Bank Name:** JPMORGAN CHASE BANK, N.A.
   **Account:** ***-*****38-66 - Checking Account
**Taxpayer ID #:** **-***0443  **Blanket Bond:** $5,000,000.00 (per case limit)
**Period Ending:** 08/02/10  **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/09 | | From Account #********3865 | Account Transfer | 9999-000 | 232.00 | | 232.00 |
| 11/17/09 | 101 | McGUIRES'S II, L.L.C. | Transcript of auction sale | 2500-000 | | 232.00 | 0.00 |
| 02/10/10 | | From Account #********3865 | Account Transfer | 9999-000 | 39.46 | | 39.46 |
| 02/10/10 | 102 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 39.46 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 271.46 | 271.46 | $0.00 |
| | | | Less: Bank Transfers | | 271.46 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 271.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$271.46** | |

{} Asset reference(s)   Printed: 08/02/2010 08:05 AM   V.12.08

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-17331  
**Case Name:** SCHWOEBLE, RANDY C  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******38-65 - Money Market Account  

**Taxpayer ID #:** **-***0443  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Period Ending:** 08/02/10  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | 9999-000 | 45,737.30 | | 45,737.30 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.19 | | 45,739.49 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.72 | | 45,742.21 |
| 06/24/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 2.02 | | 45,744.23 |
| 06/24/10 | | To Account #9200******3866 | Close account and transfer for final distributions | 9999-000 | | 45,744.23 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 45,744.23 | 45,744.23 | $0.00 |
| | | | Less: Bank Transfers | | 45,737.30 | 45,744.23 | |
| | | | **Subtotal** | | 6.93 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6.93** | **$0.00** | |

{} Asset reference(s)  Printed: 08/02/2010 08:05 AM  V.12.08

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-17331 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | SCHWOEBLE, RANDY C | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-66 - Checking Account |
| Taxpayer ID #: | **-***0443 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/02/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/24/10 | | From Account #9200******3865 | Close account and transfer for final distributions | 9999-000 | 45,744.23 | | 45,744.23 |
| 06/24/10 | 10103 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $3,360.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,360.00 | 42,384.23 |
| 06/24/10 | 10104 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $140.47, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 140.47 | 42,243.76 |
| 06/24/10 | 10105 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $1,729.20, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,729.20 | 40,514.56 |
| 06/24/10 | 10106 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $9.95, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 9.95 | 40,504.61 |
| 06/24/10 | 10107 | Illinois Department of Revenue | First and final dividend on allowed secured priority Chapter 7 tax claim(s) | 4210-000 | | 34,816.18 | 5,688.43 |
| 06/24/10 | 10108 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 5,688.43 | 0.00 |
| | | | Dividend paid 100.00%     5,350.88 on $5,350.88;  Claim# A; Filed: $5,351.57 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     337.55 on $337.55;  Claim# B; Filed: $337.55 | 2200-000 | | | 0.00 |

|  |  | ACCOUNT TOTALS | 45,744.23 | 45,744.23 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 45,744.23 | 0.00 | |
| | | Subtotal | 0.00 | 45,744.23 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $0.00 | $45,744.23 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****38-65 | 46,008.76 | 0.00 | 0.00 |
| Checking # ***-*****38-66 | 0.00 | 271.46 | 0.00 |
| MMA # 9200-******38-65 | 6.93 | 0.00 | 0.00 |
| Checking # 9200-******38-66 | 0.00 | 45,744.23 | 0.00 |
| | $46,015.69 | $46,015.69 | $0.00 |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-17331 | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- |
| Case Name: | SCHWOEBLE, RANDY C | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******38-66 - Checking Account |
| Taxpayer ID #: | **-***0443 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/02/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |